IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> CARLOS ALDALBERTO HERNANDEZJR., <br><br> Defendants. | 4:24CR3059 <br><br> **ORDER** |

Defense counsel filed a motion to withdraw due to Defendant and defense counsel being unable to have a meeting of the minds on issues surrounding his case. (Filing No. 107). A hearing was held on January 8, 2025. Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defense counsel's motion to appoint new counsel, (Filing No. 107), is granted in part and denied in part. A CJA Panel attorney shall be appointed for the limited purpose of reviewing the case regarding the issue(s) on which Defendant and defense counsel have been unable to have a meeting of the minds. This issue was discussed during the sealed portion of the January 8, 2025 hearing.

2) Jessica Milburn will remain counsel of record until further notice.

3) The clerk shall forward this memorandum and order to the Federal Public Defender.

4) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

Dated this 8th day of January, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

4:24-cr-03059-SMB-JMD	Doc # 111	Filed: 01/08/25	Page 2 of 2 - Page ID # 245